**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 21-61001-CIV-SMITH/HUNT**

UNITED STATES SURETY COMPANY,

Plaintiff,

v.

STRUCTURAL INTEGRITY
CONTRACTORS, INC., *et al.*,

Defendants.
_______________________________/

**ORDER ADOPTING REPORT AND RECOMMENDATION**

This cause is before the Court on the Magistrate Judge's Report and Recommendation [DE 53], in which the Magistrate Judge recommends Plaintiff's Ex Parte Motion for Issuance of Post-Judgment Writ of Garnishment directed to Garnishee Sharon Levi Brandt LLC [DE 47]; Plaintiff's Ex Parte Motion for Issuance of Post-Judgment Continuing Writ of Garnishment directed to Garnishee Sharon Levi Brandt LLC [DE 48]; Plaintiff's Ex Parte Motion for Issuance of Post-Judgment Writ of Garnishment on Synergy Realty of South Florida, Inc. [DE 49]; Plaintiff's Ex Parte Motion for Issuance of Post-Judgment Continuing Writ of Garnishment for Salary or Wages directed to Garnishee Synergy Realty of South Florida, Inc. [DE 50] be granted. No objections have been filed to the Report and Recommendation. Thus, having reviewed, *de novo*, Magistrate Judge Hunt's Report and Recommendation, the record, and given that there have been no objections, it is

**ORDERED** that

1. Magistrate Judge's Report and Recommendation [DE 53] is **AFFIRMED and ADOPTED.**

2. Plaintiff's Ex Parte Motion for Issuance of Post-Judgment Writ of Garnishment

directed to Garnishee Sharon Levi Brandt LLC [DE 47] is **GRANTED**.

3. Plaintiff's Ex Parte Motion for Issuance of Post-Judgment Continuing Writ of Garnishment directed to Garnishee Sharon Levi Brandt LLC [DE 48]is **GRANTED.**

4. Plaintiff's Ex Parte Motion for Issuance of Post-Judgment Writ of Garnishment on Synergy Realty of South Florida, Inc. [DE 49] is **GRANTED.**

5. Plaintiff's Ex Parte Motion for Issuance of Post-Judgment Continuing Writ of Garnishment for Salary or Wages directed to Garnishee Synergy Realty of South Florida, Inc. [DE 50] is **GRANTED.**

6. The Clerk is directed to issue the writs of garnishment using the proposed writs of garnishment attached to the motions.

**DONE AND ORDERED** in Fort Lauderdale, Florida this 11th day of September, 2026.

**RODNEY SMITH**
**UNITED STATES DISTRICT JUDGE**

cc: All parties of record